Opinion by Cole, J. It was conceded that certain items of the merchandise consist of ve-tsin similar in all material respects as that passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). On the established facts the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

Before the Second Division, November 28, 1945

No. 50712.—Protests 103346–K, etc., of House of Portugal et al. (San Francisco).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50713.—Protests 18924–K, etc., of S. S. Kresge Co., Inc. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

No. 50714.—Protests 998235–G, etc., of W. T. Grant Co., Inc. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

No. 50715.—Protests 977470–G, etc., of O. Uyeno et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Nippon Import & Trading Co.* v. *United States* (14 Cust. Ct. 35, C. D. 908). In accordance therewith the claim at 35 percent under paragraph 921 was sustained.